No. 91–711. ZEICHICK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–725. SCHMITT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5099. GIBBS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5419. SANTOS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5440. STRIPLING v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–5481. McKINES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5546. HUFFINGTON v. MARYLAND. Cir. Ct. Md., Frederick County. Certiorari denied.

No. 91–5614. POLLOCK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5640. GONZALEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5644. SPREITZER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–5666. RUSNOV ET AL. v. CITY OF CLEVELAND, OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 91–5673. HARPER v. THAMES ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–5686. LEECH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5689. PUENTES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5695. CROSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5696. BUSACCA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.